UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

HELEN SWARTZ, Individually,

    Plaintiff,

vs.

    Case No.: 1:20-cv-09895-RA

151 MAIDEN LLC,
a New York Limited Liability Company,

    Defendant.

## STIPULATION FOR DISMISSAL WITH PREJUDICE

    Plaintiff and Defendant, pursuant to the Federal Rules of Civil Procedure, hereby move to dismiss this action with prejudice, a resolution of all matters in dispute having been made pursuant to a Settlement Agreement executed between the parties.

Respectfully submitted,

**FOR THE PLAINTIFF:**

*/s/ Lawrence A. Fuller*
Lawrence A. Fuller, Esq. (LF-5450)
FULLER, FULLER & ASSOCIATES, P.A.
12000 Biscayne Boulevard, Suite 502
North Miami, FL 33181
Telephone: (305) 891-5199
Facsimile: (305) 893-9505
Lfuller@fullerfuller.com

Dated: March 17, 2021

**FOR THE DEFENDANT:**

*/s/ Peter T. Shapiro*
Peter T. Shapiro, Esq.
LEWIS BRISBOIS BISGAARD & SMITH LLP
77 Water Street - Suite 2100
New York, NY 10005
Telephone: (212) 232-1322
Peter.Shapiro@lewisbrisbois.com

Dated: March 17, 2021

**SO ORDERED:**

_____
RONNIE ABRAMS
UNITED STATES DISTRICT JUDGE

Dated: March 18, 2021

4822-1576-6753.1